456 A.2d 1097

Commonwealth v. DeKeyser, Appellant.
Petition for Allowance of Appeal
Denied May 16, 1983.

Submitted March 1, 1982. Lawrence T. Phelan, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and HOFFMAN, JJ.

Judgment of sentence affirmed.